UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on

I shall appear before the Honorable David D. Cleary, Bankruptcy Judge, in Courtroom 644 Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present and request an immediate hearing on a **MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1.**

/s/ *Roman L. Sukley*
Roman L. Sukley, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, IL 60604
(312) 886-5785

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ) | CaseNo.: | |
| ) | | |
| ) | Chapter 7 | |
| ) | | |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s). ) | | |

**MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his Attorney, Roman L. Sukley, and moves this Court to limit notice to that given, dismiss the above-captioned Chapter 7 case under § 707(a) of the Bankruptcy Code and for other relief, and in support states as follows:

1. The Debtor(s) filed a petition for relief under Chapter 7 of the Bankruptcy Code on

2. Though required under § 521 of the Bankruptcy Code, the Debtor(s) failed to file the following documents:

   A timely-obtained Certificate of Credit Counseling, or a certification under § 109(h)(3), or a request for a determination by the court under § 109(h)(4)

   A Form 122A-1, and if applicable: Form 122A-1Supp or Form 122A-2

   Complete Schedules and a Statement of Financial Affairs

3. The U.S. Trustee believes the delay in filing is prejudicial to creditors and is cause to dismiss this case under § 707(a) of the Code. Under the circumstances of this case, the U.S. Trustee also believes notice of this motion is adequate under § 102 of the Code.

WHEREFORE, the U.S. Trustee respectfully asks the Court to limit notice of this motion to that given and dismiss this Chapter 7 case under § 707(a) of the Bankruptcy Code.

Dated: _____   By: /s/ *Roman L. Sukley*
Roman L. Sukley, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, IL 60604
(312) 886-5785